**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1159**

_____

In Re:  JAMAL BARNES,

                    Petitioner.



_____

On Petition for Writ of Mandamus.
(1:02-cr-00079-AMD-1)

_____

Submitted:  March 20, 2014          Decided:  March 24, 2014

_____

Before MOTZ and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Jamal Barnes, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal Barnes petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his pending 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that there is no pending § 2255 motion. Accordingly, we conclude that there has been no undue delay in the district court, and we deny the mandamus petition. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED